OFFICE OF DISCIPLINARY COUNSEL *v.* MALKIN.

[Cite as *Disciplinary Counsel v. Malkin* (1994), 68 Ohio St.3d 482.]

(No. 93–1739—Submitted January 5, 1994—Decided March 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*James M. Burge,* for respondent.

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., concur.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent and would disbar respondent.